UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:23-cv-131-FDW

| | |
|---|---|
| MAURICE JOHNSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FNU WAGNER, et al., )<br>)<br>Defendants. )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court sua sponte.

The pro se Plaintiff filed this action pursuant to 42 U.S.C. § 1983 addressing incidents that allegedly occurred at the Alexander Correctional Institution, the Greene Correctional Institution, and the North Carolina Central Prison.[1] [Doc. 1]. It appears that the Plaintiff is no longer incarcerated in the North Carolina Department of Adult Corrections (NCDAC), however, the Plaintiff has not informed the Court that his address has changed.[2]

It appears that Plaintiff may have abandoned this action. Plaintiff shall, within **fourteen (14) days** of this Order, update his address of record and inform the Court whether he intends to proceed with this action. Failure to comply with this Order will result in dismissal of this action without prejudice and this case's closure without further notice.

---

[1] The Plaintiff was incarcerated at the Greene Correctional Institution when he filed this action.

[2] According to the NCDAC's website, the Plaintiff's "inmate status" is "INACTIVE." See https://webapps.doc.state.nc.us/opi/viewoffender.do?method=view&offenderID=1651872&searchOffenderId=1651872&searchDOBRange=0&listurl=pagelistoffendersearchresults&listpage=1 (last accessed April 29, 2024); Fed. R. Ev. 201.

**IT IS, THEREFORE, ORDERED** that the Plaintiff **shall have fourteen (14) days from the date of this Order** in which to update his address of record and inform the Court whether he intends to proceed with this action. If Plaintiff fails to do so, this case will be dismissed without prejudice and closed without further notice.

The Clerk is respectfully instructed to mail a copy of this Order to the Plaintiff at his address of record with the Court.

**IT IS SO ORDERED.**

Signed: May 10, 2024

Frank D. Whitney
United States District Judge