# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Maurice Johnson, ) | JUDGMENT IN CASE |
| ) | |
| Plaintiff(s), ) | 5:23-cv-00131-FDW |
| ) | |
| vs. ) | |
| ) | |
| FNU Wagner et al , ) | |
| Defendant(s). ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 21, 2024 Order.

June 21, 2024

Katherine Hord Simon, Clerk
United States District Court